**Marie E. Sullivan and Percy B. Sullivan, Appellees,
v. Henry H. Morey, Appellant.**

**Gen. No. 9,451.**

554

Heard in this court at the February term, 1945; opinion filed February 28, 1945; rehearing by appellant and appellees denied September 15, 1945; released for publication September 15, 1945. James G. Allen, for appellant; C. C. Martin, for appellees. Opinion by JUSTICE HAYES.· Not to be published in full.